THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, *v.* WILLOW BUILDERS, INC., Appellant, Impleaded with Others, Defendants.

Argued November 16, 1944; decided December 30, 1944.

*Meyer Levy* for appellant.

*Joseph M. Proskauer, Edwin A. Berkery, J. Alvin Van Bergh* and *Harold H. Levin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.